

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2025

No. 04-24-00863-CR

**EX PARTE** Misael Moreno **MARTINEZ**

From the County Court, Kinney County, Texas
Trial Court No. 13213CR
Honorable Molly Francis, Judge Presiding

**ORDER**

Sitting:     Adrian A. Spears II, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

In accordance with this Court's opinion of this date, we **DISMISS** Misael Moreno Martinez's appeal.

It is so **ORDERED** on April 2, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2025.

_____
Luz Estrada, Chief Deputy Clerk